| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
MICHAEL DELAFUENTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00057-JDP |
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER** |
| vs. | |
| MICHAEL DELAFUENTE, | |
| Defendant. | |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Michael Delafuente, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for July 7, 2020 and terminate probation.

On November 7, 2018, the Honorable Jeremy D. Peterson sentenced Mr. Delafuente to a term of 12 months unsupervised probation, maintain a valid driver's license, stay current with child support payments and to pay special assessment totaling $10.00.  On January 28, 2020 Mr. Delafuente admitted to charge 3 of a probation violation. Counts 1 and 2 were dismissed.  He was sentenced to an additional 12 months of unsupervised probation with the option to terminate probation early if in compliance. To date Mr. Delafuente has maintained his child support payments and driver's license. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate Mr. Delafuente's term of probation.  The government

1 | does not object.
2 |
3 |     Respectfully submitted,
4 |
5 |     McGREGOR W. SCOTT
    United States Attorney
6 | Dated:  July 1, 2020    */s/ Susan St. Vincent*
    SUSAN ST. VINCENT
7 |     Acting Legal Officer
    National Park Service
8 |     Yosemite National Park
9 |
10 |     HEATHER E. WILLIAMS
    Federal Defender
11 |
12 | Dated: July 1, 2020    */s/ Benjamin A. Gerson*
    BENJAMIN A. GERSON
13 |     Assistant Federal Defender
    Attorney for Defendant
14 |     MICHAEL DELAFUENTE

**O R D E R**

Based on the parties' joint representation that Mr. Delafuente is in compliance with the conditions of his probation, the court here by vacates the review hearing in case 6:18-mj-00057-JDP scheduled for July 7, 2020, at 10:00 a.m. and terminates Mr. Delafuente's term of probation.

IT IS SO ORDERED.

Dated:  July 2, 2020

_____
UNITED STATES MAGISTRATE JUDGE